A careful examination of the evidence before the court fails to disclose that the articles in question, invoiced as "Bon Bons," described on illustrative exhibit 3 as "Sweet Dish," and sold in this country under the invoice description of bonbon, are chiefly used in the service of meals, or are commonly known as tableware. The samples themselves are potent witnesses to the fact that they are not the same as ordinary tableware, but are of the shapes and sizes of bonbon or candy dishes.

The action of the collector in assessing same as decorated earthenware, not tableware, which is presumptively correct, has not been overcome by evidence to the contrary. Judgment will, therefore, be entered in favor of the Government.

## June 28, 1954

**No. 58249.**—Suit 4766.—United States v. The Josebra Company. C. D. 1476. (Appeal dismissed February 11, 1953.) (Note: Suit 4769 was substituted in lieu hereof. See Abstract 58250 in suit 4769, reported below, for final disposition of the case.)

**No. 58250.**—Suit 4769.—United States v. The Josebra Company. C. D. 1476 affirmed February 3, 1954. C. A. D. 552. (Note: This appeal was substituted in lieu of suit 4766, reported above in Abstract 58249.)

**No. 58251.**—Suit 4783.—United States v. Schroeder & Tremayne, Inc., and James H. Rhodes & Co. A. R. D. 16 affirmed March 23, 1954. C. A. D. 558.

## July 1, 1954

**No. 58252.**—Suit 4785.—Coro, Inc. v. United States. C. D. 1524 affirmed March 23, 1954. C. A. D. 554.

**No. 58253.**—Suit 4801.—Dale Products Corp. et al. v. United States. C. D. 1565. (Appeal dismissed May 14, 1954.)

## Before the First Division, July 8, 1954

**No. 58254.**—A. J. Van Dugteren & Sons, Inc. v. United States, protests 204505–K, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those the subject of Wm. S. Pitcairn Corp. v. United States (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.